IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH WU,

      Appellant,

v.

DEPARTMENT OF HEALTH,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5336

Opinion filed August 5, 2016.

An appeal from a Final Order of the Department of Health.

Terence M. Lenamon of Terence M. Lenamon, P.A., Miami, for Appellant.

Nichole Geary, General Counsel, Sarah Young Hodges, Chief Appellate Counsel, and Monique M. Bryan, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

BILBREY and M.K. THOMAS, JJ., and BEVERLY, THOMAS M., ASSOCIATE JUDGE, CONCUR.